ELIZABETH AGMINAS, Widow of FRANCIS AGMINAS, Deceased, Appellant, *v.* WILKES-BARRE COLLIERY COMPANY, Respondent.

*Agminas* v. *Wilkes-Barre Colliery Co.*, 174 App. Div. 860, affirmed.
(Argued June 7, 1917; decided July 11, 1917.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 9, 1916, which reversed an order of Special Term denying a motion to set aside the summons in the above-entitled action and granted said motion. The defendant is a foreign corporation organized and existing under the laws of the state of Pennsylvania. It claimed that it had no property or office and had never done any business in the state of New York and that, therefore, the summons was insufficient to give the court jurisdiction of the action.

The following question was certified: "Should service of the summons in this action upon the defendant be set aside?"

*Ralph G. Barclay* and *Joseph Levy* for appellant.

*Edwards H. Childs* and *Stanhope Foster* for respondent.

Order affirmed, with costs, and question certified answered in the affirmative; no opinion.

Concur: CHASE, COLLIN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.